IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE ALLEN COLSON (DN-8240) | : | CIVIL ACTION |
| v. | : | |
| JOHN MCCULLOUGH, et al. | : | NO. 02-3482 |

**O R D E R**

      AND NOW, this 9th day of July, 2002, upon consideration of Relator's Petition for a Writ of Habeas Corpus, IT IS ORDERED that:

      1.  The District Attorney of Montgomery County, Pennsylvania is added as a party respondent and the caption is hereby so amended.

      2.  The District Attorney shall file specific and detailed answers within twenty (20) days from the date of this Order pursuant to Rule 5, 28 U.S.C. fol. § 2254.  In addition, the District Attorney shall provide a detailed, chronological discussion identifying all appeals, writs of mandamus and PCRA petitions filed by Petitioner and their disposition and/or current status, as well as the Commonwealth's position concerning exhaustion.  The District Attorney shall include a Memorandum of Law addressing the relevant legal issues raised by the Petition in the event that the Petitioner's claim(s) are exhausted.

3. The Clerk of the Quarter Sessions Court of Montomery County shall file with the Clerk of the this Court copies of ALL RECORDS, INCLUDING transcripts of Notes of Testimony at Arraignment, Trial, Sentencing, Suppression Hearings, Post Conviction Hearings, Petitions, Pleadings, Opinions and Briefs of State Court proceedings in the matter of <u>Commonwealth v. Wayne ALlen Colson</u>, Court of Common Pleas of Montgomery County, No. 1652, 1652.4, 6, 7 and 12 of 1997 within twenty (20) days of the date of this order.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE