IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE ALLEN COLSON,<br>Petitioner, | : | CIVIL ACTION<br>NO. 02-3482 |
| v. | : | |
| JOHN MCCULLOUGH, et al.,<br>Respondents | : | |

**ORDER**

      AND NOW, this    day of July 2002, upon consideration of "Petitioners Notice to Correct Typographical Error(s," it is hereby ORDERED that the petition is GRANTED.

BY THE COURT:

_____
JAMES T. GILES,          CJ.

Copies by FAX on _____
to: